**George Fredrick DELANEY, Plaintiff—Appellant,**

v.

**John MARSH, M.D.; Carolyn Maclam, Head Nurse; Daniel Braxton, Senior Warden; Fred Schilling, M.D., Director of Health Services, Defendants—Appellees.**

No. 10–6148.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 1, 2010.

George Fredrick Delaney, Appellant Pro Se. James Dudley Mayson, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia; Erin Williams Hapgood, Guynn, Memmer & Dillon, PC, Salem, Virginia; Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Fredrick Delaney seeks to appeal the district court's order granting summary judgment in favor of some, but not all, Defendants and dismissing them from this 42 U.S.C. § 1983 (2006) inmate civil rights action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Delaney seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Delaney's motion to amend and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*